UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA ROBERTSON,

Plaintiff,

v.

HANNAH WELCH, et al.,

Defendants.

Case No. 25-cv-03773-JST

**ORDER OF DISMISSAL**

Plaintiff, a civil detainee, has filed a *pro se* action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  On March 18, 2026, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint.  ECF No. 4.  On April 10, 2026, Plaintiff informed the Court that he wished to voluntarily dismiss the case.  ECF No. 5.  Pursuant to Fed. R. Civ. P. 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal prior to the opposing party serving an answer.  No answer has been filed in this case, and the Court is unaware of Plaintiff having previously dismissed any federal or state court action based on or including the claims raised herein.  The Court therefore GRANTS Plaintiff's request to voluntarily dismiss this case.  ECF No. 5.  The Court DISMISSES this case without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  June 1, 2026

_____
JON S. TIGAR
United States District Judge